IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR MULTNOMAH COUNTY

KELSEA DAHL aka Kelsea Hutchins,

    Plaintiff,

v.

H B T, INC., individually and doing business as H B Transportation; and KAWALJIT SINGH BAJWA,

    Defendants.

Case No. 21CV28833

AMENDED SUMMONS

**TO:**   H B T INC
c/o Sarbjit Singh Hayer
1628 Redhaven Ave
Yuba City, CA 95993

You are hereby required to appear and defend the complaint filed against you in the above entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff(s) will apply to the court for the relief demanded in the complaint.

**NOTICE TO THE DEFENDANT: READ THESE PAPERS CAREFULLY!**

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days, along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service upon the plaintiff.

If you have any questions, you should see an attorney immediately. If you need help in finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling (503) 684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at (800) 452-7636.

_____
SIGNATURE OF ATTORNEY/AUTHOR FOR PLAINTIFF

Devin N. Robinson
ATTORNEY'S/AUTHOR'S NAME     BAR NO. 064879

Caron Colven Robison & Shafton PS
900 Washington St #1000
Vancouver, WA 98660
Tel. 360-699-3001 * Fax 360-699-3012

_____
Trial Attorney if Other than Above     BAR NO.

STATE OF OREGON, County of Multnomah ) ss.
I, the undersigned attorney of record for the plaintiff, certify that the foregoing is an exact and complete copy of the original summons in the above-entitled action.

_____
ATTORNEY OF RECORD FOR PLAINTIFF(S)

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint, and request for production mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

_____
ATTORNEY FOR PLAINTIFF(S)
Caron Colven Robison & Shafton PS
900 Washington St #1000
Vancouver, WA 98660
Tel. 360-699-3001 * Fax 360-699-3012

Page 1 of 1
AMENDED SUMMONS

CARON, COLVEN, ROBISON & SHAFTON, P.S.
900 Washington Street, Ste. 1000
Vancouver, Washington 98660
(360) 699-3001
Portland: (503) 222-0275
Fax (360) 699-3012

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR MULTNOMAH COUNTY

| | |
|---|---|
| KELSEA DAHL aka Kelsea Hutchins,<br><br>Plaintiff,<br><br>v.<br><br>H B T, INC., individually and doing business as H B Transportation; and KAWALJIT SINGH BAJWA,<br><br>Defendants. | Case No. 21CV28833<br><br>AMENDED SUMMONS |

**TO:**   Kawaljit Singh Bajwa
         11756 Rose Wind Ct
         Rancho Cordova, CA 95742

You are hereby required to appear and defend the complaint filed against you in the above entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff(s) will apply to the court for the relief demanded in the complaint.

**NOTICE TO THE DEFENDANT: READ THESE PAPERS CAREFULLY!**

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days, along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service upon the plaintiff.

If you have any questions, you should see an attorney immediately. If you need help in finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling (503) 684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at (800) 452-7636.

_[signature]_
SIGNATURE OF ATTORNEY/AUTHOR FOR PLAINTIFF

Devin N. Robinson
ATTORNEY'S/AUTHOR'S NAME        BAR NO. 064879

Caron Colven Robison & Shafton PS
900 Washington St #1000
Vancouver, WA 98660
Tel. 360-699-3001 * Fax 360-699-3012

_____
Trial Attorney if Other than Above   BAR NO.

STATE OF OREGON, County of Multnomah ) ss.
I, the undersigned attorney of record for the plaintiff, certify that the foregoing is an exact and complete copy of the original summons in the above-entitled action.

_____
ATTORNEY OF RECORD FOR PLAINTIFF(S)

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint, and request for production mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

_[signature]_
ATTORNEY FOR PLAINTIFF(S)
Caron Colven Robison & Shafton PS
900 Washington St #1000
Vancouver, WA 98660
Tel. 360-699-3001 * Fax 360-699-3012

Page 1 of 1
AMENDED SUMMONS

CARON, COLVEN, ROBISON & SHAFTON, P.S.
900 Washington Street, Ste. 1000
Vancouver, Washington 98660
(360) 699-3001
Portland: (503) 222-0275
Fax (360) 699-3012

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR MULTNOMAH COUNTY

| | |
|---|---|
| KELSEA DAHL aka Kelsea Hutchins,<br><br>        Plaintiff,<br><br>v.<br><br>H B T, INC., individually and doing business as H B Transportation; and KAWALJIT SINGH BAJWA,<br><br>        Defendants. | Case No. 21CV28833<br><br>COMPLAINT<br><br>Amount Pled: $74,999.99 – AMOUNT NOT SUBJECT TO MANDATORY ARBITRATION |

Plaintiff, by and through her attorneys of record alleges that at all material times:

1.

Defendant H B T, Inc.:

a) is and was a California corporation;

b) is and was doing business as H B Transportation;

c) is and was engaged in interstate trucking; and

d) is and was doing regular, sustained business in Oregon.

2.

Defendant Kawaljit Singh Bajwa:

a) is and was a California resident;

b) is and was an employee and/or agent of H B T, Inc.; and

c) was at all times performing in the course and scope of his duties, agency, and/or employment with H B T, Inc. on August 28, 2019 during the time of the crash herein.

Page 1 of 3
COMPLAINT

CARON, COLVEN, ROBISON & SHAFTON, P.S.
900 Washington Street, Ste. 1000
Vancouver, Washington 98660
(360) 699-3001
Portland: (503) 222-0275
Fax (360) 699-3012

3.

Plaintiff Kelsea Dahl, also known as Kelsea Hutchins, is an Oregon resident.

4.

On August 28, 2019, Plaintiff was driving a vehicle on Interstate 5 in Marion County, Oregon.

5.

At all times while driving on August 28, 2019, Plaintiff was wearing a seatbelt.

6.

At the same time and place, Defendant Bajwa was driving a truck for, and operated by, Defendant H B T, Inc.

7.

Defendant Sing was driving in the lane to the left of the lane Plaintiff was in.

8.

Defendant Sing moved right and caused his truck to hit Plaintiff's vehicle.

9.

Defendants were negligent in one or more of the following particulars: a) failing to maintain a lookout for other vehicles including Plaintiff's; b) failing to maintain control of the truck; c) making an unsafe lane change by moving into a lane occupied by another car so close as to be a hazard; and/or not ceding to Plaintiff her right-of-way.

10.

As a foreseeable result, Plaintiff was injured, including wrenching, overstretching, tearing, and other damage to the muscles, bones, ligaments, tendons, and other soft tissues of her spine.

///

Page 2 of 3
COMPLAINT

CARON, COLVEN, ROBISON & SHAFTON, P.S.
900 Washington Street, Ste. 1000
Vancouver, Washington 98660
(360) 699-3001
Portland: (503) 222-0275
Fax (360) 699-3012

Exhibit A
Page 4 of 5

11.

As a further foreseeable result, Plaintiff required medical care and may require further medical care.

12.

As a further foreseeable result, Plaintiff experienced pain, distress, and interference with activities and daily activities all to her noneconomic damages in an amount to be determined fair by the trier of fact, but not to exceed $74,999.99.

WHEREFORE, PLAINTIFF PRAYS FO RELIEF AS FOLLOWS: 1) noneconomic damages in the amount of $74,999.99; 2) costs and disbursements herein; and 3) such other relief the court finds appropriate, under law and/or equity.

Dated: July 16, 2021

CARON, COLVEN, ROBISON & SHAFTON, P.S.

/s/ *Devin Robinson*
Devin Robinson, OSB #064879
Attorney for Plaintiff

Page 3 of 3
COMPLAINT

CARON, COLVEN, ROBISON & SHAFTON, P.S.
900 Washington Street, Ste. 1000
Vancouver, Washington 98660
(360) 699-3001
Portland: (503) 222-0275
Fax (360) 699-3012

Exhibit A
Page 5 of 5