Graham B. Miller, OSB No. 161424
gmiller@wshblaw.com
Caroline A. Hopkins, OSB No. 183680
chopkins@wshblaw.com
Wood, Smith, Henning & Berman LLP
12755 SW 69th Avenue, Suite 100
Portland, Oregon 97223
Telephone: 971-256-4010
Facsimile: 971-275-1928

*Attorneys for Defendants H B T, Inc. dba HB Transportation and Kawaljit Singh Bajwa*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| KELSEA DAHL aka Kelsea Hutchins,<br><br>Plaintiff,<br><br>v.<br><br>H B T, INC., individually and doing business as H B Transportation; and KAWALJIT SINGH BAJWA<br><br>Defendants. | Case No. 3:22-cv-00808-MO<br><br>**GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY ORDERED AND ADJUDGED, pursuant to the Stipulation of Dismissal and Fed. R. Civ. P. 41(a)(2), that this action is dismissed in its entirety, with prejudice, and without costs or attorney fees to any party.

Dated: 10/17/22

_____
HON. MICHAEL W. MOSMAN